UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | |
|---|---|
| PRISCILLA ROSADO-CRUZ, individually and on behalf of all others similarly situated,  )<br>)<br>)<br>)<br>Plaintiff,  )<br>)<br>V.  )<br>)<br>LEXINGTON GOLF & TRAVEL, LLC  )<br>dba PLATINUM DOLLS, et al.,  )<br>)<br>Defendants.  ) | Civil Action No. 5: 21-267-DCR<br><br><br>**ORDER** |

\*\*\*  \*\*\*  \*\*\*  \*\*\*

This matter is pending for consideration of the plaintiffs' unopposed motion for Court approval of the revised proposed settlement agreements of the plaintiffs' claims arising under the Fair Labor Standards Act. [Record No. 42] The Court declined to approve a previous version of the proposed settlement agreements in November 2022 because the parties did not provide an explanation for the disparity between Plaintiff Alexis Murray's estimated damages and the amount she would receive under the parties' agreement. Further, the parties' calculation of attorneys' fees was deficient because they failed to address the local market rate in providing a lodestar calculation. [Record No. 31]

Having reviewed the revised proposed agreements, the Court is satisfied that the settlement reached is a fair, reasonable, and adequate resolution of the parties' bona fide dispute. Notably, the parties have increased Plaintiff Alexis Murray's net settlement amount to $20,000.00, which exceeds her projected range of damages. Additionally, counsel for the

defendants have reduced their fees from $35,260.00 to $25,579.50 to reflect the prevailing local market rate in central Kentucky.

Accordingly, it is hereby

**ORDERED** as follows:

1. The plaintiffs' unopposed motion for approval of the parties' revised settlement agreements [Record No. 42] is **GRANTED**. The tendered proposed agreements [Record Nos. 42-2; 42-3, 4; 42-5; 42-6] are **APPROVED**.

2. This matter is **DISMISSED**, with prejudice, and **STRICKEN** from the docket.

Dated: March 20, 2023.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky